IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL ANTHONY MARSHALL,   :

    Petitioner   :

vs.   :   CIVIL ACTION 05-0743-WS-C

JERRY FARRELL,   :

    Respondent.   :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 30th day of May, 2006.

                              s/WILLIAM H. STEELE
                              UNITED STATES DISTRICT JUDGE